1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10
SACRAMENTO DIVISION

11

12 | DARRYL DARMONT SHIRLEY | CIV S-07- 1800 FCD GGH P

13 | Petitioner,

14 | vs. | **ORDER GRANTING
FIRST EXTENSION OF TIME**

15

16 | JAMES YATES,

17 | Warden, Respondent.

18

19 GOOD CAUSE APPEARING, it is ordered that Parties shall have to and include

20 November 5, 2007 to serve the joint scheduling statement.

21

22 Dated: Oct. 16, 2007 GREGORY G. HOLLOWS

23 HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

[Proposed] Order