IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL DARMONT SHIRLEY,

    Petitioner,　　　　　　　　No. CIV S-07-1800 FCD GGH P

    vs.

JAMES A. YATES, Warden,

    Respondent.　　　　　　　　<u>ORDER</u>

        A joint scheduling statement in this matter was filed on November 5, 2007, pursuant to the court's order filed September 7, 2007.[1]  After reviewing the joint statement, the court issues the following ORDERS:

        1. Should petitioner elect to proceed on an amended petition of exhausted claims only, the amended petition must be filed within 60 days along with any memorandum of points and authorities; if such an amended petition is filed and served, respondent must file an answer or dispositive motion within 30 days thereafter; petitioner must file any reply or opposition, as appropriate, within 30 days of service of respondent's responsive pleading; if respondent filed a motion, respondent will have 15 days after service of an opposition to file a reply.

        2. Should petitioner identify unexhausted claims which petitioner will seek to exhaust, petitioner shall file an amended petition, within 60 days, setting forth all claims,

---

[1] An extension of time for filing the statement was granted by order filed on October 17, 2007.

1

exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which petitioner would seek to exhaust. Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims, within 60 days; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

3. Should respondent object to any motion for a stay of proceedings by petitioner to pursue unexhausted claims, respondent must file any opposition to such a motion within 30 days of service thereof; thereafter, petitioner has fifteen (15) days to file any reply.

4. If petitioner intends to make a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), petitioner must do so within 60 days; if respondent opposes any such motion respondent must do so within 30 days thereafter; petitioner's reply, if any, must be filed within 15 days of any opposition by respondent. Should respondent determine, upon review of the amended petition, that respondent needs discovery, respondent must make any such motion within 30 days of the filing of an amended petition, to which petitioner will have 30 days to respond, and respondent 15 days thereafter to file a reply.

5. If petitioner or respondent chooses to move for an evidentiary hearing, petitioner or respondent must do so at the earliest appropriate opportunity and in any event within 90 days; should either party file a motion for an evidentiary hearing, which the other party opposes, opposition must be filed within 30 days of service of the motion, and any reply must be filed within 15 days of service of any opposition.

DATED:11/13/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
shir1800.pst

2