IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRYL DARMONT SHIRLEY,

        Plaintiff,                    No. CIV S-07-1800 FCD GGH P

    vs.

JAMES YATES,

        Defendants.             ORDER
_____/

        GOOD CAUSE APPEARING, it is ordered that petitioner shall have to and including February 10, 2008, to serve the amended petition.

DATED: 01/15/08

                                    /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

shir1800.eot

1