# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL DARMONT SHIRLEY**, | |
| Petitioner, | No. 2:07-cv-01800-AK |
| v. | |
| **JAMES A. YATES, et al.**, | **ORDER** |
| Respondents. | |

By May 3, 2013, respondents shall provide this Court with the original photo lineup in this case (as depicted on Clerk's Transcript 21) or a high-resolution copy, either in color or black-and-white. If respondents are unable to locate the original or a high-resolution copy, respondents shall produce sworn declarations from every person who actually handled either the original lineup or a high-resolution copy, detailing what that person did with it.

Such declarations are required from each person mentioned in the April 19 declaration of Deputy Attorney General Barton Bowers—Camellia in the office of the Exhibit Clerk at the Sacramento County Superior Court, Jackie Vaughn, Gilbert Roque, Gilbert Roque's assistant, Albert Locher, Alan Van Stralen and

Victor Blumenkrantz—as well as anyone else who is discovered to have handled the photo lineup or a high-resolution copy.

Respondents shall also indicate in a sworn declaration whether the photo lineup can be retrieved using the electronic database referred to by the url at the bottom of Clerk's Transcript 21.  If the lineup is not available electronically, the declaration shall indicate why not.

April 23, 2013

_____

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation
28 U.S.C. § 291(b)