UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DARRYL DARMONT SHIRLEY**, | |
| Petitioner, | No. 2:07-cv-01800-AK |
| v. | |
| **JAMES A. YATES, et al.**, | ORDER |
| Respondents. | |

Pursuant to the Ninth Circuit's opinion and mandate in this case, Petitioner Darryl Darmont Shirley's petition for a writ of habeas corpus is **GRANTED**. The state is ordered to release Shirley unless he is retried within ninety days from the date of this order.

October 19, 2016

_____

**ALEX KOZINSKI**
Circuit Judge
Sitting by designation
28 U.S.C. § 291(b)